336 A.2d 595
**COMMONWEALTH of Pennsylvania**
v.
**Bradley B. JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued May 3, 1974.

Decided April 17, 1975.

John J. Duffy, William N. Sterling, West Chester, for Bradley B. Johnson.

William H. Lamb, Dist. Atty., F. Ned Hand, Asst. Dist. Atty., J. Knauer, West Chester, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM.

Appellant's failure to enter timely objections at trial has resulted in a waiver of the issues presented in this

**392**

appeal. *Commonwealth v. Agie,* 449 Pa. 187, 296 A.2d 741 (1972). See *Commonwealth v. Clair,* —— Pa. ——, 326 A.2d 272 (1974). The order of the Superior Court is, therefore, affirmed.

ROBERTS, J., dissents.